Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Thomas William Lodge

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THOMAS WILLIAM LODGE, | ) Case No.: 5:15-cv-00286-MRW |
| | ) |
| Plaintiff, | ) ORDER OF  DISMISSAL |
| | ) |
| vs. | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 9/25/15

/S/
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

DATE: September 21, 2015          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Steven G. Rosales*

BY: _____
                                        Steven G. Rosales
                                        Attorney for plaintiff Thomas William Lodge